**FORM RAB9B** (Ch7 Corp/Prtn No Asset Case) (12/07)            Case Number **09–23539**

# UNITED STATES BANKRUPTCY COURT
District of Utah

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) Corporation listed below was filed on 4/10/09.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

### See Reverse Side For Important Explanations

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Magestic Ridge Builders, Inc.
881 East Tripp Lane
Draper, UT 84020

| Case Number:<br>09–23539 JAB | Taxpayer ID/Employer ID/Other Nos.:<br>20–2985267 |
|---|---|
| Attorney for Debtor(s) (name and address):<br>Robert Fugal<br>Bird & Fugal<br>384 East 720 South<br>Suite 201<br>Orem, UT 84058<br>Telephone number: (801) 426–4700 | Bankruptcy Trustee (name and address):<br>Roger G. Segal tr<br>257 East 200 South<br>Suite 700<br>Salt Lake City, UT 84111<br>Telephone number: (801) 532–2666 |

### Meeting of Creditors

Date: **May 19, 2009**            Time: **10:30 am**

Location: **405 South Main Street, Suite 250, Salt Lake City, UT 84111**

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>350 South Main #301<br>Salt Lake City, UT 84101<br>Telephone number: (801) 524–6687 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>David A. Sime |
|---|---|
| Hours Open: 8:00 AM – 4:30 PM; Telephone 8:00 AM – 4:30 PM | Date: 4/17/09 |

### Online Information

Case information is available at no charge on our Voice Case Information System (VCIS). Call 1–800–733–6740 or (801) 524–3107 with your touch–tone telephone. Case information is also available on the Internet using our PACER service for a $.08/page fee. An account is required. Visit our homepage at **www.utb.uscourts.gov** for details.

**EXPLANATIONS** FORM RAB9B (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice/Note** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Important notice to individual debtor(s): All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment, taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. The *debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Appointment of Interim Trustee | The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the estate of the captioned debtor(s) and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within five days after receipt of notice of selection. |
| Dismissal | This case may be dismissed unless a written objection to dismissal is filed by the debtor, a creditor or party in interest within 20 days after a creditors' meeting, if the debtor(s) or debtor's counsel fail to attend the creditors' meeting or fail to timely file required documents [Bankr.D.Ut. Rules 1007–2, 2003–1(a)]. A hearing on the objection to dismissal must be set at the time the objection is filed and notice of the hearing must be sent to the trustee, all creditors and parties of interest, or the case shall be dismissed. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

–– Refer to Other Side for Important Deadlines and Notices ––

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: dlg                    Page 1 of 2                    Date Rcvd: Apr 17, 2009
Case: 09-23539                 Form ID: rab9b               Total Served: 77


The following entities were served by first class mail on Apr 19, 2009.
 db         +Magestic Ridge Builders, Inc.,   881 East Tripp Lane,   Draper, UT 84020-8683
 aty        +Robert Fugal,   Bird & Fugal,   384 East 720 South,   Suite 201,   Orem, UT 84058-6320
 tr         +Roger G. Segal tr,   257 East 200 South,   Suite 700,   Salt Lake City, UT 84111-2071
6393535    +A Company Inc. SLC,   P.O. Box 5702,   Boise, ID 83705-0702
6393536    +American Curb Cut,   P.O. Box 1430,   Riverton, UT 84065-1430
6393537    +American Testing Services, INc.,   2580 S. West Temple,   Salt Lake City, UT 84115-3091
6393538    +Aspen Fire,   875 S. Canyon Rd.,   Santaquin, UT 84655-8182
6393548    +BT Plumbing, Inc.,   2679 W. Vista Hills Dr.,   Bluffdale, UT 84065-5451
6393539    +Barricade Services & Sales, Inc.,   P.O. Box 1406,   West Jordan, UT 84084-8406
6393540    +Beehive State Builders, LLC,   1763 N. Goldenrod Way,   Saratoga Springs, UT 84045-5511
6393541    +Bellows Galss, Inc.,   76 W. 200 S.,   Heber, UT 84032-2005
6393542    +Bennett, Tueller, Johnson & Deere,   3165 E. Millcreek Drive, Suite 500,
             Salt Lake City, UT 84109
6393543    +Big Bobs Flooring Outlet,   9127 S. 255 W.,   Sandy, UT 84070-2652
6393544    +Black Granite Installations, LLC,   P.O. Box 651116,   Salt Lake City, UT 84165-1116
6393545    +Bonded Adjustment Bureau,   11620 S. State St., Suite 1404,   Draper, UT 84020-7124
6393547    +Brundage Bone,   350 W. 700 S.,   Pleasant Grove, UT 84062-3571
6393549    +Carson Engineering Services, Inc.,   380 N. 200 W. #110,   Bountiful, UT 84010-7075
6393550    +Carver Electric,   Engineering & Design,   2099 E. 10180 S.,   Sandy, UT 84092-4060
6393551    +Coleman Brothers Concrete,   P.O. Box 970546,   Orem, UT 84097-0546
6393552     Collection Bureau, Inc.,   P.O. Box 1219,   Nampa, ID 83653-1219
6393553    +Commercial Investigations, Inc.,   6311 Van Nuys Blvd., Suite 441,   Van Nuys, CA 91401-2611
6393554    +Complete Custom Painting,   880 N. 1430 W.,   Orem, UT 84057-2891
6393555     Dale C. Penrod,   461 W. 3700 N.,   Provo, UT 84604-4923
6393556    +Daw Architectural Products,   893 E. Rosefield Lane,   Draper, UT 84020-8736
6393557     Dennis Poole,   Jared Mortensen,   4343 S. 700 E. Stse 200,   Salt Lake City UT 84107
6393558    +Dirt Dawgs,   P.O. Box 600,   Midway, UT 84049-0600
6393559    +Dumpster Express,   1733 W. 12600 S. #132,   Riverton, UT 84065-7043
6393560    +Express Recovery Services,   P.O. Box 26415,   Salt Lake City, UT 84126-0415
6393561    +Ferguson Enterprises, Inc.,   1492 S. 4450 W.,   Salt Lake City, UT 84104-5600
6393562    +Fine Line Layout,   973 W. 240 N., Suite B,   Lindon, UT 84042-1740
6393563    +Five Star Painting,   4087 W. Park Cir,   Highland, UT 84003-9619
6393564    +Geneva Pipe,   1465 W. 400 N.,   Orem, UT 84057-4444
6393565    +H&H Steel Fabrication Inc.,   1046 S. 1700 E.,   Spanish Fork, UT 84660-9015
6393566    +Hansens All Seasons,   175 South Geneva Rd.,   Lindon, UT 84042-1625
6393567    +Heber Light & Power,   31 S. 100 W.,   Heber City, UT 84032-1841
6393568    +Hill Johnson Schmutz, LC,   Bryan Quesenberry,   4844 N. 300 W. #300,   Provo, UT 84604-5670
6393569    +Holland Equipment Co.,   2870 W. 2100 S.,   Salt Lake City, UT 84119-1206
6393570    +Humpty Dumpster,   672 N. 75 E.,   Coalville, UT 84017-9803
6393571    +Innovative Living, LLC,   P.O. Box 661,   Heber, UT 84032-0661
6393572    +Intermountain Ornamental,   11620 S. State St.,   Draper, UT 84020-7124
6393574    +Kirk A. Cullimore, P.C.,   644 E. Union Sq.,   Sandy, UT 84070-3403
6393575     Komatsu Equipment,   P.O. Box 842326,   Dallas, TX 75284-2326
6393576    +Licea Plastering,   13815 S. White Tail Court,   Bluffdale, UT 84065-5520
6393577     Longs Electric, Inc.,   2172 W. 1850 N.,   Layton, UT 84041-4900
6393578     Mapleton City Corp.,   125 W. 400 N.,   Mapleton, UT 84664
6393579    +Masco Administrative Services,   c/o Richard C Terry,   39 Exchange Place #100,
             Salt Lake City UT 84111-2765
6393580     Mid-Continent Casualty Co.,   P.O. Box 1409,   Tulsa, OK 74101-1409
6393581     Murray Glass, LLC,   3767 S. Second Street,   Salt Lake City, UT 84115
6393582    +NACM,   7410 S. Creek Rd. #301,   Sandy, UT 84093-6151
6393583    +Nelson Snuffer Dahle & Poulson PC,   10885 S. State St.,   Sandy, UT 84070-4104
6393584    +Orson Gygi Co., Inc.,   3500 S. 300 W.,   Salt Lake City, UT 84115-4310
6393585    +Osborne & Barnhill,   11576 S. State St., Blg #204,   Draper, UT 84020-7116
6393591    ++PACIFICORP,   CO NATALIE HOCKEN GENERAL COUNSEL,   825 NE MULTNOMAH ST,   STE 2000,
             PORTLAND OR 97232-2152
             (address filed with court: Rocky Mountain Power,   1033 NE 6th Ave.,   Portland, OR 97256-0001)
6393586    +Pro Roofing, LLC,   2124 N. 600 W.,   Pleasant Grove, UT 84062-9609
6393587     Questar,   Attn: Bankruptcy Dept.,   P.O. Box 3194,   SLC, UT 84110-3194
6393592    +RW Tapping,   9481 Chavez Dr.,   South jordan, UT 84095-9283
6393588     Ray Quinney & Neber,   P.O. Box 45885,   Salt Lake City, UT 84135-0385
6393589    +Rex Bray,   Kelly Sylvester,   11576 S. State St. Ste 1001,   Draper UT 84020-7107
6393590    +Robert Boyden,   P.O. Box 45385,   Salt Lake City, UT 84145-0385
6393594    +SESD,   803 N. 500 E.,   Payson, UT 84651-3409
6393593    +Scott Sorenson,   881 E. Tripp Lane,   Draper UT 84020-8683
6393595    +Stephen F. Allred,   584 S. State St.,   Orem, UT 84058-6369
6393596    +Sunbridge Capital,   6300 Nall Ave.,   Mission, KS 66202-4335
6393597    +Sunroc,   180 N. 300 E.,   St. George, UT 84770-7118
6393598    +Sunshine Maid Services,   P.O. Box 181,   Riverton, UT 84065-0181
6393599    +Temporary Power Serivces,   P.O. Box 1816,   Sandy, UT 84091-1816
6393600    +The Buckner Company,   6550 S. Millrock Dr. #300,   Salt lake CIty, UT 84121-2331
6393601    +The Lighting System, Inc.,   460 W. Universal Cir.,   Sandy, UT 84070-2573
6393602    +Three T Trucking,   12207 S. 3900 W.,   Riverton, UT 84065-7627
6393603    +Transworld Systems, Inc.,   7050 S. Union Park Center #575,   Midvale, UT 84047-4174
6393604    +Twin Creek,   55 S. 500 E.,   Heber City, UT 84032-1918
6393605     Utah Department of Workforce Services,   P.O. Box 45288,   Salt Lake City, UT 84145-0288
6393606    +Utah State Tax Commission,   Attn: Bankruptcy Unit,   210 North 1950 West,
             Salt Lake City, UT 84134-9000
6393607    +Utah State Trust Lands,   675 East 500 South, Suite 500,   Salt Lake City, Utah 84102-2813
6393608    +Wildewood Cabinets, Inc.,   195 W. Main St.,   American Fork, UT 84003-2350
```

```
District/off: 1088-2          User: dlg              Page 2 of 2                 Date Rcvd: Apr 17, 2009
Case: 09-23539                Form ID: rab9b         Total Served: 77

The following entities were served by electronic transmission (continued)
The following entities were served by electronic transmission on Apr 18, 2009.
tr            +EDI: QRGSEGAL.COM Apr 17 2009 23:48:00      Roger G. Segal tr,   257 East 200 South,   Suite 700,
               Salt Lake City, UT 84111-2071
6393546       +E-mail/Text: denise@bonncoll.com                            Bonneville Billing & Collection,
               P.O. Box 150621,   Ogden, UT 84415-0621
6393534        EDI: IRS.COM Apr 17 2009 23:43:00       IRS,   Attn: Special Procedures, Mail Stop 5021,
               50 South 200 East,   Salt Lake City, UT 84111
6393606       +EDI: UTAHTAXCOMM.COM Apr 17 2009 23:43:00      Utah State Tax Commission,   Attn: Bankruptcy Unit,
               210 North 1950 West,   Salt Lake City, UT 84134-9000
                                                                                                  TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
6393573*     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   IRS,   Attn: Special Procedures, Mail Stop 5021,   50 South 200 East,
               Salt Lake City, UT 84111)
                                                                                              TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 19, 2009**             **Signature:**    *Joseph Speetjens*