**Form 708**[Notice of Administrative Error]

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
    Majestic Ridge Builders, Inc.
        Debtor(s).

Case No. 09−23539 JAB
Chapter 7

NOTICE OF ADMINISTRATIVE ERROR

TO ALL PARTIES OF INTEREST:

Clerk's Notice of Administrative Error. Debtor originally spelled Magestic Ridge Builders, Inc. when case was opened. As per petition, spelling as been changed to Majestic Ridge Builders, Inc.(clo)

Dated: July 15, 2009

David A. Sime
Clerk of Court

# CERTIFICATE OF NOTICE

```
District/off: 1088-2           User: clo                    Page 1 of 2                   Date Rcvd: Jul 15, 2009
Case: 09-23539                 Form ID: f708                Total Noticed: 79

The following entities were noticed by first class mail on Jul 17, 2009.
db         +Majestic Ridge Builders, Inc.,   13407 S. Fort St.,   Draper, UT 84020-7960
aty        +Richard C. Terry,    Terry Jessop & Bitner,   39 Exchange Place,   Suite 100,
             Salt Lake City, UT 84111-2765
aty        +Robert Fugal,    Bird & Fugal,   384 East 720 South,   Suite 201,   Orem, UT 84058-6320
aty        +Thomas A. Mitchell,    State of Utah, School and Institutional,   Trust Lands Administration,
             675 East 500 South,    Suite 500,   Salt Lake City, UT 84102-2813
tr         +Roger G. Segal tr,    257 East 200 South,   Suite 700,   Salt Lake City, UT 84111-2071
6393535    +A Company Inc. SLC,   P.O. Box 5702,   Boise, ID 83705-0702
6393536    +American Curb Cut,   P.O. Box 1430,   Riverton, UT 84065-1430
6393537    +American Testing Services, INc.,   2580 S. West Temple,   Salt Lake City, UT 84115-3091
6393538    +Aspen Fire,   875 S. Canyon Rd.,   Santaquin, UT 84655-8182
6393548    +BT Plumbing, Inc.,   2679 W. Vista Hills Dr.,   Bluffdale, UT 84065-5451
6393539    +Barricade Services & Sales, Inc.,   P.O. Box 1406,   West Jordan, UT 84084-8406
6393540    +Beehive State Builders, LLC,   1763 N. Goldenrod Way,   Saratoga Springs, UT 84045-5511
6393541    +Bellows Galss, Inc.,   76 W. 200 S.,   Heber, UT 84032-2005
6393542    +Bennett, Tueller, Johnson & Deere,   3165 E. Millcreek Drive, Suite 500,
             Salt Lake City, UT 84109
6393543    +Big Bobs Flooring Outlet,   9127 S. 255 W.,   Sandy, UT 84070-2652
6393544    +Black Granite Installations, LLC,   P.O. Box 651116,   Salt Lake City, UT 84165-1116
6393545    +Bonded Adjustment Bureau,   11620 S. State St., Suite 1404,   Draper, UT 84020-7124
6393547    +Brundage Bone,   350 W. 700 S.,   Pleasant Grove, UT 84062-3571
6393549    +Carson Engineering Services, Inc.,   380 N. 200 W. #110,   Bountiful, UT 84010-7075
6393550    +Carver Electric,   Engineering & Design,   2099 E. 10180 S.,   Sandy, UT 84092-4060
6393551    +Coleman Brothers Concrete,   P.O. Box 970546,   Orem, UT 84097-0546
6393552     Collection Bureau, Inc.,   P.O. Box 1219,   Nampa, ID 83653-1219
6393553    +Commercial Investigations, Inc.,   6311 Van Nuys Blvd., Suite 441,   Van Nuys, CA 91401-2611
6393554    +Complete Custom Painting,   880 N. 1430 W.,   Orem, UT 84057-2891
6393555     Dale C. Penrod,   461 W. 3700 N.,   Provo, UT 84604-4923
6393556    +Daw Architectural Products,   893 E. Rosefield Lane,   Draper, UT 84020-8736
6393557     Dennis Poole,   Jared Mortensen,   4343 S. 700 E. Stse 200,   Salt Lake City UT 84107
6393558    +Dirt Dawgs,   P.O. Box 600,   Midway, UT 84049-0600
6393559    +Dumpster Express,   1733 W. 12600 S. #132,   Riverton, UT 84065-7043
6393560    +Express Recovery Services,   P.O. Box 26415,   Salt Lake City, UT 84126-0415
6393561    +Ferguson Enterprises, Inc.,   1492 S. 4450 W.,   Salt Lake City, UT 84104-5600
6393562    +Fine Line Layout,   973 W. 240 N., Suite B,   Lindon, UT 84042-1740
6393563    +Five Star Painting,   4087 W. Park Cir,   Highland, UT 84003-9619
6393564    +Geneva Pipe,   1465 W. 400 N.,   Orem, UT 84057-4444
6393565    +H&H Steel Fabrication Inc.,   1046 S. 1700 E.,   Spanish Fork, UT 84660-9015
6393566    +Hansens All Seasons,   Masco Company/Rose Dwyer 086MJSTC,   Macso Administrative Services,
             260 Jimmy Ann Drive,   Daytona Beach FL 32114-1318
6393567    +Heber Light & Power,   31 S. 100 W.,   Heber City, UT 84032-1841
6393568    +Hill Johnson Schmutz, LC,   Bryan Quesenberry,   4844 N. 300 W. #300,   Provo, UT 84604-5670
6393569    +Holland Equipment Co.,   2870 W. 2100 S.,   Salt Lake City, UT 84119-1206
6393570    +Humpty Dumpster,   672 N. 75 E.,   Coalville, UT 84017-9803
6393534   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
            (address filed with court: IRS,   Attn: Special Procedures, Mail Stop 5021,   50 South 200 East,
             Salt Lake City, UT 84111)
6393571    +Innovative Living, LLC,   P.O. Box 661,   Heber, UT 84032-0661
6393572    +Intermountain Ornamental,   11620 S. State St.,   Draper, UT 84020-7124
6393574    +Kirk A. Cullimore, P.C.,   644 E. Union Sq.,   Sandy, UT 84070-3403
6393575     Komatsu Equipment,   P.O. Box 842326,   Dallas, TX 75284-2326
6393576    +Licea Plastering,   13815 S. White Tail Court,   Bluffdale, UT 84065-5520
6393577     Longs Electric, Inc.,   2172 W. 1850 N.,   Layton, UT 84041-4900
6393578     Mapleton City Corp.,   125 W. 400 N.,   Mapleton, UT 84664
6393579    +Masco Administrative Services,   c/o Richard C Terry,   39 Exchange Place #100,
             Salt Lake City UT 84111-2765
6393580     Mid-Continent Casualty Co.,   P.O. Box 1409,   Tulsa, OK 74101-1409
6393581     Murray Glass, LLC,   3767 S. Second Street,   Salt Lake City, UT 84115
6393582    +NACM,   7410 S. Creek Rd. #301,   Sandy, UT 84093-6151
6393583    +Nelson Snuffer Dahle & Poulson PC,   10885 S. State St.,   Sandy, UT 84070-4104
6393584    +Orson Gygi Co., Inc.,   3500 S. 300 W.,   Salt Lake City, UT 84115-4310
6393585    +Osborne & Barnhill,   11576 S. State St., Blg #204,   Draper, UT 84020-7116
6393591   ++PACIFICORP,   ATTN BANKRUPTCY,   PO BOX 25308,   SALT LAKE CITY UT 84125-0308
            (address filed with court: Rocky Mountain Power,   1033 NE 6th Ave.,   Portland, OR 97256-0001)
6393586    +Pro Roofing, LLC,   2124 N. 600 W.,   Pleasant Grove, UT 84062-9609
6393587     Questar,   Attn: Bankruptcy Dept.,   P.O. Box 3194,   SLC, UT 84110-3194
6393592    +RW Tapping,   9481 Chavez Dr.,   South jordan, UT 84095-9283
6393588     Ray Quinney & Neber,   P.O. Box 45885,   Salt Lake City, UT 84135-0385
6393589    +Rex Bray,   Kelly Sylvester,   11576 S. State St. Ste 1001,   Draper UT 84020-7107
6393590    +Robert Boyden,   P.O. Box 45385,   Salt Lake City, UT 84145-0385
6393594    +SESD,   803 N. 500 E.,   Payson, UT 84651-3409
6393593    +Scott Sorenson,   881 E. Tripp Lane,   Draper UT 84020-8683
6393595    +Stephen F. Allred,   584 S. State St.,   Orem, UT 84058-6369
6393596    +Sunbridge Capital,   6300 Nall Ave.,   Mission, KS 66202-4335
6393597    +Sunroc,   180 N. 300 E.,   St. George, UT 84770-7118
6393598    +Sunshine Maid Services,   P.O. Box 181,   Riverton, UT 84065-0181
6393599    +Temporary Power Serivces,   P.O. Box 1816,   Sandy, UT 84091-1816
6393600    +The Buckner Company,   6550 S. Millrock Dr. #300,   Salt lake CIty, UT 84121-2331
6393601    +The Lighting System, Inc.,   460 W. Universal Cir.,   Sandy, UT 84070-2573
6393602    +Three T Trucking,   12207 S. 3900 W.,   Riverton, UT 84065-7627
6393603    +Transworld Systems, Inc.,   7050 S. Union Park Center #575,   Midvale, UT 84047-4174
6393604    +Twin Creek,   55 S. 500 E.,   Heber City, UT 84032-1918
```

```
District/off: 1088-2          User: clo              Page 2 of 2              Date Rcvd: Jul 15, 2009
Case: 09-23539                Form ID: f708          Total Noticed: 79

 6393605       Utah Department of Workforce Services,    P.O. Box 45288,    Salt Lake City, UT 84145-0288
 6393606      +Utah State Tax Commission,    Attn: Bankruptcy Unit,    210 North 1950 West,
                Salt Lake City, UT 84134-9000
 6393607      +Utah State Trust Lands,    675 East 500 South, Suite 500,    Salt Lake City, Utah 84102-2813
 6393608      +Wildewood Cabinets, Inc.,    195 W. Main St.,    American Fork, UT 84003-2350
The following entities were noticed by electronic transmission on Jul 16, 2009.
 6393546      +E-mail/Text: denise@bonncoll.com                            Bonneville Billing & Collection,
                P.O. Box 150621,    Ogden, UT 84415-0621
                                                                                             TOTAL: 1

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 cr            State of Utah School and Institutional T,    675 E 500 S, #500,    Salt Lake City
 6393573*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
               (address filed with court:   IRS,    Attn: Special Procedures, Mail Stop 5021,    50 South 200 East,
                Salt Lake City, UT 84111)
                                                                                           TOTALS: 1, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 17, 2009**          **Signature:** _Joseph Speetjens_